UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-00123-JRS-MG |
| | ) | |
| RAMIRO RICO DE LEON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Tyrone Bell's Motion to Continue the final pretrial conference date and trial date presently set in this cause, and the Court, being duly advised, now finds the Motion is well taken, and that the Motion should be **GRANTED** for the reasons set forth in Tyrone Bell's [934] Motion, over the objection of Defendants 3 and 6. Defendant 17 has not responded. The Court notes that the Government does not object. Defendants 7-8, 11, and 14 do not object. The Court confirmed with Defendants 5 and 26 that there is no objection. Defendants 1 and 2 have not yet been arrested or appeared before a judicial officer in this district court. Trial has already been vacated for Defendants 4, 9-10, 12-13, 15-16, 18-20, 22-25, and 27-28.

The Court finds further that the ends of justice served by the continuance outweigh the best interests of the public and Defendant(s) to a speedy trial.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C.

§3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can adequately prepare for and receive a fair trial, and/or attempt an agreed resolution of the case, and those interests outweigh the interests of the public and the Defendant(s) in a speedy trial in this case.

IT IS THEREFORE ORDERED that the April 10, 2025, final pretrial conference, and the April 28, 2025, trial dates are vacated as to Defendants 1-3, 5-8, 11, 14, 17, 21 and 26. The final pretrial conference is rescheduled to commence on **<u>October 30, 2025 at 9:00 a.m. (ET)</u>**; and the jury trial is rescheduled to commence on **<u>November 17, 2025 at 9:00 a.m. (ET)</u>** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN as to Defendants 3, 5-8, 11, 14, 17, 21 and 26. Defendants 1 and 2 will be reset for trial once they appear in this district.

Date: 3/14/2025

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.